**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELIOT SAINT FLINA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Civil Action No. 3:26-1199** |
| | ) | |
| **LEONARD ODDO**, | ) | |
| *Warden of Moshannon Valley* | ) | |
| *Processing Center,* | ) | |
| | ) | |
| **Respondent.** | ) | |

**JUDGMENT**

AND NOW, this 16th day of September 2026, it is hereby ORDERED, ADJUDGED AND DECREED that final judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Respondents and against Petitioner.

Stephanie L. Haines
United States District Court Judge